Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Bree R. Black Horse
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 1 1 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

NATHAN LYNN CLOUD,

    Defendant.

1:25-CR-2010-MKD

INDICTMENT

Vio: 18 U.S.C. §§ 922(g)(1),
   924(a)(8)
   Felon in Possession of a
   Firearm

   18 U.S.C. § 924(d)(1),
   28 U.S.C. § 2461(c)
   Forfeiture Allegations

The Grand Jury charges:

On or about November 17, 2024, in the Eastern District of Washington, the Defendant, NATHAN LYNN CLOUD, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit: a Izhmash model IZH18MN .30-06 caliber rifle bearing serial number 061834499R; and a Stevens Arms Company model 105 12-gauge shotgun bearing serial number 152402, which

INDICTMENT – 1

firearms had theretofore been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1) and 924(a)(8), as set forth in this Indictment, the Defendant, NATHAN LYNN CLOUD, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- an Izhmash model IZH18MN .30-06 caliber rifle bearing serial number 061834499R;
- a Stevens Arms Company model 105 12-gauge shotgun bearing serial number 152402; and,
- any and all seized ammunition.

DATED this 11 day of February 2025.

A TRUE BILL



Foreperson

_Rich Barker_

Richard R. Barker
Acting United States Attorney

_Bree Black Horse_

Bree R. Black Horse
Assistant United States Attorney

INDICTMENT – 2